TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Ronald Venable

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Ronald Venable,<br><br>           Plaintiff,<br><br>     vs.<br><br>Premiere Credit of North America, LLC.;<br>and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 5:15-cv-00039-JGB-SP<br><br>**ORDER** |

PROPOSED ORDER

1  Based on the Stipulation of counsel, the case is dismissed with prejudice, each
2  party to bear its own attorney fees and costs.
3
4  Date: July 17, 2015            _____
5                                  Jesus G. Bernal, U.S. District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28